[No. 72423-1-I.   Division One.   January 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DAILEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-27535-0, Ken Schubert, J., entered July 25, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Lau, J.

[No. 72428-2-I.   Division One.   January 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON HARRISON RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12566-4, Tanya Thorp, J., entered August 15, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Leach, JJ.

[No. 72620-0-I.   Division One.   January 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELLE XAVIER MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02461-4, Andrea A. Darvas, J., entered October 2, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 72632-3-I.   Division One.   January 11, 2016.]

CHRISTOPHER NELSON ET AL., *Appellants*, v. GEICO GENERAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-40283-1, Mariane C. Spearman, J., entered July 11, 2014. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Appelwick, J.